**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-1561-WJM-MEH

JAMES DANIEL TUTEN, on behalf of himself and all others similarly situated

    Plaintiffs,

v.

UNITED AIRLINES, INC.,

    Defendant.

---

**ORDER GRANTING JOINT MOTION FOR A STAY**

---

This matter is before the Court on the parties' Joint Motion for a Stay filed August 11, 2012 (ECF No. 12).  The Court having reviewed the Motion and finding good cause exists hereby ORDERS as follows:

1. All proceedings in this action shall be STAYED through November 19, 2012, so the parties can engage in settlement discussions, unless the stay is terminated before that date by either party.  The Scheduling Conference set for September 6, 2012 at 9:45 a.m., and all associated deadlines, are hereby VACATED.  The Scheduling Conference will be reset by United States Magistrate Judge Michael E. Hegarty at a later date if necessary;

2. No earlier than 30 days after enter date of this Order, any party may terminate the stay, without filing a motion, by providing 5 business days' written notice to the other party and to the Court;

3. Pursuant to D.C.COLO.LCivR 16.6 this case is REFERRED to Magistrate Judge Michael E. Hegarty to conduct an Early Neutral Evaluation;

4. The parties are DIRECTED to contact Magistrate Judge Hegarty's Chambers to arrange a date (or dates) during the last 30 days of the 90-day stay period for the Parties to participate in Early Neutral Evaluation discussions, unless the Parties have reached an agreement through their own private discussions prior to the scheduled discussions or the stay has been terminated pursuant to paragraph 2 above;

5. If the stay expires or is terminated by any party, Defendant shall file an answer or otherwise respond to the Complaint within 40 days of the date the stay expires or is terminated, and the Parties shall file a proposed scheduling order within 25 days of the expiration or termination of the stay; and

6. During the term of the stay entered by this Court, Defendant shall not attempt to resolve, settle, or otherwise compromise any claims arising out of or related to this action or the claims in this action with anyone other than counsel for the Plaintiff in this action, except that the foregoing shall not apply to the individual settlement of any claim where the individual filed a claim - in court or with the Department of Labor - prior to the commencement of this action and discussions regarding settlement began prior to the commencement of this action , so long as the settlement does

not attempt to compromise the claims of any other member of the putative class, and either a settlement-in-principle was reached prior to the filing of this motion or the individual was informed about the existence of this putative class action.

Dated this 20th day of August, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge