IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01561-WJM-MEH

JAMES DANIEL TUTEN, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

UNITED AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 23, 2012.**

    The Joint Motion to Extend Stay [filed October 19, 2012; docket #14] is **granted**. This case shall remain stayed through and including **January 31, 2013**. The Court directs the parties to file a status report on or before **January 17, 2013**, indicating whether a Scheduling Conference would be useful upon termination of the stay.