IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01561-WJM-MEH

JAMES DANIEL TUTEN, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

UNITED AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 17, 2013.**

    The (Second) Joint Motion to Extend a Stay [filed January 16, 2013; docket #18] is **granted**. This case shall remain stayed through and including **April 1, 2013**. The Court directs the parties to file a status report on or before **March 15, 2013**, indicating whether a Scheduling Conference would be useful upon termination of the stay.