**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-1561-WJM-MEH

JAMES DANIEL TUTEN, on behalf of himself and all others similarly situated

    Plaintiff,

v.

UNITED AIRLINES, INC.,

    Defendant.

---

**ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE CLOSURE**

---

This matter comes before the Court on the parties' Joint Motion for Administrative Closure filed March 28, 2013 (ECF No. 25).  The Court having reviewed the Motion and being fully advised thereof hereby ORDERS as follows:

1. The parties' Joint Motion is GRANTED for good cause shown.

2. The above-captioned action shall be ADMINISTRATIVELY CLOSED for a period of 75 days from the date of this Order or until a motion for preliminary approval of a settlement agreement is filed;

3. This action may be reopened, before the 75 day period has expired, if either party moves to reopened in order to resume the litigation, so long as the moving party provides 10 business days' notice to the non-moving party;

4. This action shall be reopened after a period of 75 days, unless the parties execute a settlement agreement and file a motion for preliminary approval

of the settlement agreement; and

5. The Parties shall not file a proposed Scheduling Order and the Scheduling Conference currently set for April 4, 2013 is hereby VACATED.

Dated this 1st day of April, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge