IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Courtroom Deputy: Deborah Hansen          Date:   May 15, 2014
Court Reporter:    Gwen Daniel

Civil Action No. 12-cv-01561-WJM-MEH      *Counsel:*

JAMES DANIEL TUTEN, on behalf of          Peter Romer-Friedman
himself and all others similarly situated, Robert J. Barton
                                          Thomas G. Jarrard

    Plaintiff,

v.

UNITED AIRLINES, INC.,                    Brian W. Barrett
                                          Maureen Witt
    Defendant.

## COURTROOM MINUTES

FINAL FAIRNESS HEARING

09:05 a.m.   Court in Session.

Appearances of counsel

Court's comments

This matter is before the Court on Class Counsel's Unopposed Motion for Service Award for the Class Representative [60]; Class Counsel's Unopposed Motion for an Award of Attorneys' Fees And Reimbursement of Expenses [61]; and Plaintiff's Unopposed Motion for Final Approval of Settlement Agreement [67].

No objections to the Proposed Class Settlement Agreement have been filed with the Court.

Court's further comments

09:09  Mr. Romer-Friedman recaps the settlement terms and explains why this settlement is a fair resolution for all class members.

09:38  Mr. Barton addresses the Unopposed Motion for an Award of Attorneys' Fees And Reimbursement of Expenses.

09:56  Mr. Jarrard addresses Class Counsel's Unopposed Motion for Service Award for the Class Representative.

10:05  Mr. Barrett addresses the the fairness of the overall settlement, the requested fee award and the service award for the class representative.

Court's comments

No objections to the Proposed Class Settlement Agreement have been filed with the Court and no one is present in the courtroom to voice any objections at this time.

Court enters findings on the record.

**ORDERED:  1.    Plaintiff's Unopposed Motion for Final Approval of Settlement Agreement [67] is GRANTED.**

**2.    Class Counsel's Unopposed Motion for an Award of Attorneys' Fees And Reimbursement of Expenses [61] is GRANTED.**

**3.    Class Counsel's Unopposed Motion for Service Award for the Class Representative [60] is GRANTED.**

**4.    The Court will enter a written order fully setting forth the Court's findings and bases for its rulings.**

10:13 a.m.   Court in Recess
             Hearing concluded
             Time: one hour and eight minutes