**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.   12-cv-01561-WJM-MEH

JAMES DANIEL TUTEN, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

UNITED AIRLINES, INC.,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered in this case, and the Order Granting Motion for Final Approval of Settlement Agreement, Motion for Attorney Fees and Reimbursement of Expenses, and Motion for Order Approving a Service Award for Class Representative, entered by the Honorable William J. Martínez, United States District Judge, on May 19, 2014,

IT IS ORDERED that

1. The Motion for Final Approval of Settlement (ECF No. 67) is GRANTED;

2. The Settlement Agreement (ECF No. 33) is fully and finally APPROVED;

3. Class Counsel's Unopposed Motion for an Award of Attorneys' Fees and Reimbursement of Expenses (ECF No. 61) is GRANTED;

4. The Court awards Class Counsel attorneys' fees in the amount of

       24.7% of the Settlement Fund as of the date of the May 19, 2014 Order;

5. Class Counsel is AWARDED $249,230.60 as reimbursement for expenses incurred in prosecuting this action;

6. Plaintiff's Motion for Order to Approve a Service Award for the Class Representative (ECF No. 60) is GRANTED;

7. Plaintiff James Tuten is AWARDED $15,000 as the service award for being class representative;

8. Without affecting the finality of the May 19, 2014 Order or Final Judgment in any way, this Court hereby retains continuing jurisdiction for a period of six years from the Final Approval Date, or until one year after all Non-Responding Class Members have completed their last period of "military service" (as defined by the Service Members Civil Relief Act) any portion of which occurred between the Notice Mailing Date and the Final Approval Date, whichever is earlier, for the limited purposes set forth in Section XIII of the Settlement Agreement;

9. Continuing jurisdiction is hereby retained over the parties and the Class Members for all matters relating to the terms of the Settlement Agreement, including the administration, interpretation, effectuation or enforcement of the Settlement embodied in the Settlement Agreement, the May 19, 2014 Order and Final Judgment; and

10. Under Rule 54(a) and (b) of the Federal Rules of Civil Procedure, the May 19, 2014 Order constitutes final adjudication on the merits.

11. Final Judgment is entered for Plaintiffs and against the Defendant.

Dated at Denver, Colorado, this __20th__ day of May 2014.

APPROVED:

_____
Judge William J. Martínez
United States District Court

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

__s/Deborah Hansen__
Deborah Hansen, Deputy Clerk